PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00001 LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | DATE: February 12, 2018 |
| NEREIDA RODRIGUEZ, | TIME: 8:30 a.m. |
| Defendant. | JUDGE: Hon. Lawrence J. O'Neill |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on October 16, 2017 at 8:30 a.m.

2. Whereas, the date for the sentencing of co-defendant Lorita Rocha was recently continued for approximately 90 days from November 6, 2017 to February 5, 2018, at 8:30 a.m.

3. By this stipulation, the parties move to continue sentencing for defendant Nereida Rodriguez until **February 12, 2018 at 8:30 a.m.**

4. The parties request the continuance so that defendant Rodriguez has adequate time

1

and opportunity to fulfill all of her obligations pursuant to her plea agreement. The parties therefore stipulate and request that the current date set for sentencing be vacated and that the matter be re-set for sentencing on February 12, 2018, at 8:30 a.m.

5. The parties further stipulate and request that the deadlines set for informal objections to the Probation Office and formal objections to the Court be reset in accordance with the continued sentencing date.

IT IS SO STIPULATED.

DATED: September 19, 2017

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

DATED: September 19, 2017

/s/Nicholas A. Capozzi
NICHOLAS A. CAPOZZI
Counsel for Defendant
NEREIDA RODRIGUEZ

**O R D E R**

IT IS SO ORDERED.

Dated: **September 20, 2017**   /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE